

**Matthew Cohen, Esq.**
**Tel:** (516) 283-8754
**Email:** mcohen@kdvlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2021
```

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

July 7, 2021

**VIA ECF**
Hon. Katharine H. Parker
U.S. Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.
07/08/2021

    **Re:**  *Ariel Antonio Pimentel Collado v. The Amber Avalon Corp. d/b/a Hotel Chantelle, et. al.*
       **Case No. 20-cv-10410 (KHP)**

Dear Judge Parker:

  We represent the Defendants in the above-referenced action.

  We write, jointly with Plaintiff's counsel, to respectfully request a short one (1) week extension of the deadline to file the motion for approval of the settlement from July 7, 2021 until July 14, 2021. This extension is respectfully requested to provide time for the parties to complete and finalize the settlement paperwork. This is the first request for an extension of this deadline.

  Thank you for your consideration of the foregoing.

            Respectfully yours,
            Kaufman Dolowich & Voluck, LLP

            By: _____
                Matthew Cohen

cc:  All counsel of record via ECF